THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHELLE ROUSE, Appellant.

Submitted August 11, 2008; decided August 28, 2008

Motion for assignment of counsel denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW C. SMALL, Appellant.

Submitted July 7, 2008; decided August 28, 2008

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 North Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORRAINE WASHINGTON, Appellant.

Submitted August 25, 2008; decided August 28, 2008

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.